# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The property to be searched is located at 206 S. River, Commerce, Oklahoma, including any and all storage structures on the property, which are located in the Northern District of Oklahoma. Further Described in Attachment A | )<br>)<br>) Case No. 19-mj-221-FHM<br>)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Oklahoma_____
*(identify the person or describe the property to be searched and give its location)*:
   See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
   See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before       November 7, 2019
                                                                                                   *(not to exceed 14 days)*
☑ in the daytime   6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____Frank H. McCarthy_____.
                  *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   *10-24-19 1:00 PM*          *[signature] Frank H McCarthy*
                                                                                                     *Judge's signature*

City and state:   Tulsa, Oklahoma              U.S. Magistrate Judge Frank H. McCarthy
                                                                               *Printed name and title*

# Return

| | | |
|---|---|---|
| Case No.: 19-MJ-221-FHM 281C-OC-305399 | Date and time warrant executed: 1700 on 24 OCT 2019 | Copy of warrant and inventory left with: COUCH IN RESIDENCE |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

1) 1 SAMSUNG GALAXY MEGA 2 - CELL PHONE
   MODEL: SM-G750A
   IMEI: 353417/06/096289/0

2) 1 MOTOROLA GK40 - CELL PHONE
   MODEL: XT1921-2
   IMEI: 351840093806713

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 25 Oct 2019

*Executing officer's signature*

BRIAN S. DEAN, SA
*Printed name and title*

## ATTACHMENT "A"

## DESCRIPTION OF PROPERTY TO BE SEARCHED
### 206 S. River, Commerce, Oklahoma



The property to be searched is located at 206 S. River, Commerce, Oklahoma, including any and all storage structures on the property, which are located in the Northern District of Oklahoma. The residence is a single story house with light blue vinyl siding and gray composite shingled roof. The residence is east facing and on the west side of the street. The numbers "206" are displayed north of the front door above a black mail box attached to the residence. The residence has a metal car port attached to the south side of the residence. Specific descriptive details of the residence are depicted in the attached photograph.

## ATTACHMENT B – ITEMS TO BE SEIZED

Definitions: The terms "records," "documentation," and "materials" include all of the following items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly), any photographic form (such as microfilm, microfiche, prints, photocopies, electronically stored images), any mechanical form (such as information on an electronic, or magnetic storage device, such as floppy diskettes, backup tapes, CD-ROMs, optical discs, or smart cards, as well as printouts or readouts from any magnetic storage device). The term "documentation" shall include the content of electronic communications in electronic storage within the meaning of 18 U.S.C. § 2703(a).

1. Drugs and associated paraphernalia such as packaging and scales used in the distribution, concealment, sale, use and/or transport of the product.

2. Firearms.

3. Ammunition.

4. All documentation showing the receipt, storage, manufacturing, purchase, and or use of items used in the commission of criminal activities as described above.

5. All documentation establishing the identity of associates, customers, suppliers, manufacturers, or others engaging in the criminal activities as described above.

6. All financial documentation and account information depicting means of income, assets, and expenditures.

7. All documentation pertaining to travel.

8. Cellular and electronic devices used for transmitting messages via internet and or cellular network(s).

9. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names and identities, including electronic mail addresses, usernames and passwords stored in the above listed cellular telephone devices and computers and in any other electronic media attached to or found with the devices, including but not limited to SIM cards and flash memory cards.